FILED'06 NOV 20 08:58USDC-ORP

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summer town, TN 38483
Telephone: (931) 964-3123
Fax: (931) 964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREW MYLINH, | CV 05-866-AS |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $4,898.84 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED November 20, 2006.

_____
United States Magistrate Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff